**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARK EILAND,

        Plaintiff,

v.                        Case No:   6:13-cv-1237-Orl-40GJK

U.S. WALLS, LLC and BENDER
CONSTRUCTION COMPANY, LLC,

        Defendants.

## ORDER

This cause is before the Court on Joint Motion for Approval of Settlement Agreement (Doc. 50) filed on December 23, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 16, 2015 (Doc. 52), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. 50) is hereby **GRANTED** only to the extent that the Court finds the parties' settlement is fair and reasonable.

3. The Joint Motion for Approval of Settlement Agreement (Doc. 50) is otherwise **DENIED**.

4. The case is **DISMISSED WITH PREJUDICE**.

    5.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on February 4, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties